IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIE PATTON,

    Petitioner,                    No. CIV S-05-0553 WBS JFM PS

    vs.

U.S. DISTRICT COURT,

    Respondent.                 ORDER

_____/

        Petitioner is proceeding in this action pro se and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On April 14, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within ten days. Petitioner has filed objections to the findings and recommendations. In her objections, petitioner refers to another case which she previously filed in this court. Since she uses the same case number as the present case to refer to that case, the court is unable to determine which previous case she means to reference. Regardless of which of her seven previously filed cases petitioner seeks to complain about, petitioner is advised that she may not use a new case to relitigate the result of an earlier case. Instead, if she is dissatisfied with the court's disposition of a case her remedy is to

1

appeal the judgment to the United States Court of Appeals for the Ninth Circuit.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed April 14, 2005, are adopted in full; and

2.  This action is dismissed.

DATED: April 22, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/patton.805

2